# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

                                                   Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                   Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                                       Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                                       Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

                                                Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

                                                                  Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                                  Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                                  Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

                                                                    Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

The motion to withdraw as counsel filed by Noah B. Bokat-Lindell is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION